# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

MONIQUE ATTUSO, ELI DARWIN,    :
ZACHARY ATTUSO, MARC ATTUSO, RICKY  :
RODRIGUEZ AND    :  C.A. No.: 3:18-cv-00157-SDD-RLB
REPUBLIC FIRE & CASUALTY    :
INSURANCE COMPANY,    :
        *Plaintiff*    :
vs.    :
    :
OMEGA FLEX, INC., & AUDUBON    :
PLUMBING, INC.
        *Defendants.*

## EXHIBIT LIST TO MOTION FOR SUMMARY JUDGMENT

A.    Exponent Report

B.    TracPipe Flexible Gas Piping Design Guide and Installation Instruments Dec. 2005

C.    Affidavit of Harri K. Kytomaa , Ph.D., PE, CFEI

D.    Integrity FAE Report

E.    Deposition of Charles "Kelly" Colwell

F.    Deposition of Derek Geer