UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MONIQUE ATTUSO, ELI DARWIN, ZACHARY ATTUSO, MARC ATTUSO, RICKY RODRIGUEZ AND REPUBLIC FIRE & CASUALTY INSURANCE COMPANY,<br>*Plaintiff*<br>vs.<br>OMEGA FLEX, INC., & AUDUBON PLUMBING, INC.<br>*Defendants.* | :<br>:<br>:<br>: C.A. No.: 3:18-cv-00157-SDD-RLB<br>:<br>:<br>:<br>:<br>:<br>: |

**EXHIBIT LIST TO MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERTS**

A. Integrity FAE Report

B. Deposition of Charles "Kelly" Colwell

C. Deposition of Johnie Spruiell

D. Exponent Report

E. Affidavit of Harri K. Kytomaa , Ph.D., PE, CFEI

F. TracPipe Flexible Gas Piping Design Guide and Installation Instruments Dec. 2005

G. Deposition of Derek Geer