**HARRI KYTOMAA, PhD**
**July 13, 2017**

1 (Pages 1 to 4)

## Page 1

```
 1   IN THE UNITED STATES DISTRICT COURT
 2   FOR THE EASTERN DISTRICT OF ARKANSAS
 3          LITTLE ROCK DIVISION
 4   ---------------x
 5   STATE FARM FIRE AND        : C.A. No.
 6   CASUALTY, as subrogee of   : 4:16-cv-00387-JLH
 7   MICHAEL AND HOLLY CROCKETT, :
 8        Plaintiff,            :
 9   v.                         :
10   OMEGA FLEX, INC.,          :
11        Defendant.            :
12   ---------------x
13
14   VIDEOTAPED DEPOSITION OF HARRI KYTOMAA, PhD
15
16           Thursday, July 13, 2017
17                9:30 a.m.
18
19   Campbell, Campbell, Edwards & Conroy, PC
20     One Constitution Plaza, 3rd Floor
21           Boston, MA 02129
22
23
24   -------------------------------
25   REPORTED BY: Deanna J. Dean, RDR, CRR
```

## Page 2

```
 1              APPEARANCES
 2
     Representing the Plaintiff:
 3   Carpenter & Schumacher, PC
     Parkway Centre IV
 4   2701 North Dallas Parkway, Ste. 570
     Plano, TX 75093
 5   (972) 403-1133
     By: Craig M. Schumacher, Esq.
 6       cschumacher@cstriallaw.com
 7
     Representing the Defendant:
 8   Campbell, Campbell, Edwards & Conroy, PC
     1205 Westlakes Drive, Ste. 330
 9   Berwyn, PA 19312
     (610) 964-1900
10   By: Erin W. Grewe, Esq.
         egrewe@campbell-trial-lawyers.com
11
12   Also Present:
13     Shawn Budd, videographer
```

## Page 3

```
 1              INDEX
 2
 3   Examination                    Page
 4   HARRI KYTOMAA, PhD
 5     By Mr. Schumacher               6
 6     By Ms. Grewe                  199
 7
 8            EXHIBITS
 9
10
11   Number    Description             Page
12   Exhibit 143  Plaintiff's Second Amended   12
13              Notice of Intention to Take
14              Videotaped Oral Deposition of
15              Harry Kytomaa, PhD
16   Exhibit 144  11/14/16 Letter to T. Scanlan  11
17              from H. Kytomaa
18   Exhibit 145  Chart of STRIKEnet Data (5   14
19              pages)
20   Exhibit 146  4/14/17 Report of H. Kytomaa  15
21   Exhibit 147  4/11/17 Memo to T. Morse and  42
22              M. Stern from N. Nava
23   Exhibit 148  Photograph                56
24   Exhibit 149  Photograph                57
25   Exhibit 150  Photograph                58
```

## Page 4

```
 1          EXHIBITS (cont'd.)
 2
 3   Number    Description             Page
 4   Exhibit 151  Photograph                59
 5   Exhibit 152  EDS Quantification of Elements  63
 6   Exhibit 153  6/8/17 MMR Analytical Report   72
 7              (ICP Test)
 8   Exhibit 154  Table A.1, Tabulated Values of 112
 9              Lightning Current Parameters
10              Taken from CIGRE (Electra No.
11              41 or No. 69)
12   Exhibit 155  Case Notes of Dana Mason     139
13   Exhibit 156  Photograph               168
14   Exhibit 157  6/28/17 Supplemental Report of 184
15              H. Kytomaa
16   Exhibit 158  8/29/12 CSST Arc Testing     170
```

Exhibit 14

**HARRI KYTOMAA, PhD**
**July 13, 2017**

38 (Pages 149 to 152)

---

### Page 149

1  AFTERNOON SESSION
2  THE VIDEOGRAPHER: Okay. We are back on
3  the record. The time is 1:37.
4  BY MR. SCHUMACHER:
5  Q. All right, Dr. Kytomaa. A couple of quick
6  questions.
7      Number one, do you agree that lightning
8  can cause damage to CSST; it can cause perforations
9  due to arcing?
10  A. Yes, in certain situations.
11  Q. All right. Have you been provided any
12  testing conducted by Omega Flex that was performed
13  at LTI?
14  A. I may have in the past. I mean, I'm
15  familiar with LTI.
16  Q. All right. Have you ever seen a report
17  from July 9th of 2003 that was conducted by LTI
18  that's been previously marked as Exhibit No. 124?
19  A. I may have seen this document in the past.
20  I mean, I've seen documents from LTI similar to
21  this. I don't know whether it's the same one.
22  Q. Okay. I'm just reading through from the
23  abstract on page 3, which would be Crockett13686 of
24  Exhibit No. 124. "Simulated lightning testing
25  induced preparing the sample by breaching the

### Page 150

1  jacket only."
2  Well, first of all, have you done testing
3  where you've actually breached the yellow jacket of
4  CSST?
5  A. Yeah. Pinprick it, yes.
6  Q. All right. That's pretty standard in the
7  industry to do that during testing?
8  A. Not really.
9  Q. All right.
10  A. I mean, you know, you have to be very
11  careful and you -- you know, you have to
12  essentially -- if you're pinpricking it, you've got
13  to make sure that you're pinpricking it in a manner
14  that doesn't influence the very question that
15  you're trying to answer.
16  Q. Well --
17  A. Because -- I mean, it's very important,
18  because the jacket provides considerable
19  insulation -- electrical insulation specifically --
20  and can prevent, in the event of voltage
21  differences between the CSST and some other object,
22  can prevent an arc entirely in a situation where a
23  pinprick now negates the insulation provided by the
24  yellow jacket in a manner that would then cause an
25  arc. And so that very situation, that example is a

### Page 151

1  situation where you force -- you're creating an arc
2  when one might not have existed otherwise.
3  Q. Certainly you've seen testing conducted by
4  LTI where the yellow jacket was pinpricked or hit
5  with a hammer to cause a certain amount of damage
6  to the dielectric jacket?
7  A. I don't think I've ever seen the --
8  Q. The hit with a hammer?
9  A. -- hit with a hammer.
10  Q. Okay.
11  A. Maybe that's a Texas thing.
12  Q. No, it's an LTI thing.
13  A. Is that right?
14  Q. But that's fine. Well, I'll just go with
15  this, then.
16  A. Yeah.
17  Q. Certainly you've seen testing conducted by
18  LTI where they've pinpricked the yellow dielectric
19  jacket?
20  A. What I've seen them do is normally -- in
21  fact, the only thing I'm familiar with at LTI is, I
22  think, them pinpricking and then creating a --
23  putting what they call an explosion wire in the --
24  into the hole that they've created.
25  Q. All right. I'll read the next line of

### Page 152

1  this: "Based on the field failures reviewed by
2  Omega Flex, the jacket can easily and is usually
3  breached during installation."
4      Have you ever heard of that, that the
5  jacket can be easily damaged during installation?
6  A. I, you know, have not looked at that here.
7  Q. All right. That's fine.
8  A. I don't -- I mean, I don't really have an
9  opinion on that.
10  Q. That's fine.
11      They actually compared TracPipe and gas
12  pipe in the testing that's contained in 124, and
13  the TracPipe and gas pipe standard nonconductive
14  jacket material can sustain a maximum of 0.12 C
15  discharge without a puncture of the stainless steel
16  tubing.
17      Have you heard that number before, .12 C?
18  A. I have.
19  Q. All right. So based on lightning --
20  simulated lightning testing, TracPipe yellow jacket
21  CSST was failing at above .12 C. Correct?
22  MS. GREWE: Objection.
23  Q. Or perforating above .12 C?
24  A. Yeah, right. So the -- I'd have to look
25  at the report. I remember the .12 C as a

---

**HARRI KYTOMAA, PhD**
**July 13, 2017**

42 (Pages 165 to 168)

---

Page 165

1  Q. And the top line of that: "The insulating
2  jacket of TracPipe has a dielectric strength of
3  approximately 24 kV."
4  A. Yes.
5  Q. Do you agree with that?
6  A. Yes.
7  Q. All right. "The high-voltage equipment
8  used was capable of generating an arc through the
9  TracPipe jacket when the copper electrode was
10 placed directly against the outside surface of the
11 jacket, but to allow the copper electrode to be
12 positioned farther away from the tubing while still
13 creating an arc to the CSST, a pinprick was made
14 through the TracPipe jacket at a ridge of the
15 corrugated tubing."
16     Did I read that correctly?
17 A. Yes, you did.
18 Q. So you've actually done testing where
19 you've pinpricked the yellow jacket?
20 A. Well --
21 Q. That's a yes or no.
22 A. Actually, that's not a yes or no, because
23 I've done some testing, but you can't just say all
24 testing is okay with pinpricking.
25 Q. That wasn't my question. I actually

Page 166

1  said --
2  A. Right.
3  Q. -- you've done some testing --
4  A. Some testing.
5  Q. -- where you have used a pinprick in the
6  yellow dielectric jacket. Okay?
7  A. I have, yeah.
8  Q. Okay. And essentially what you're doing
9  there is you're just -- you're -- well, I'll read
10 the next line: "This provided a localized decrease
11 in dielectric strength of the insulation."
12 A. What -- where are you?
13 Q. The very last sentence of the top
14 paragraph of that third page. "This provided a
15 localized --"
16 A. Yes. Got it. Yeah.
17 Q. So, I mean, essentially, it's allowing you
18 to conduct a test at a lower voltage than you would
19 otherwise if you maintained the uncompromised
20 yellow dielectric jacket?
21 A. In some situations, yes. In other
22 situations, no.
23 Q. Okay. And agreed that it depends on what
24 you're testing for?
25 A. Depends on what your working hypothesis is

Page 167

1  that you're testing.
2  Q. I agree. I'm just trying to say that
3  there are situations where you've certainly done
4  that?
5  A. Mm-hmm. Yes.
6  Q. All right.
7      All right. Let's turn to the next page
8  which shows the test setup, and specifically the
9  bottom picture. You have installed a plastic
10 shield?
11 A. Yes.
12 Q. All right. Now, is that intended to serve
13 as the obstruction of the gas flow?
14 A. Yes.
15 Q. How far away from the piping was that
16 installed?
17 A. I'm hoping that this report actually says
18 that.
19     Yeah, I don't see it stated. I believe
20 it's of the order of a couple of inches.
21 Q. Okay.
22 A. I think that, you know -- I mean, you can
23 look at the picture and you can -- maybe about an
24 inch or two. Something like that.
25 Q. I ballparked about two inches, but I'm not

Page 168

1  going to argue with you about that.
2     But my next question is did you ever do
3  that test setup where you altered the height of the
4  plastic shield?
5  A. I don't believe we did.
6  Q. All right. I'd like to show you what I am
7  marking as Exhibit No. 156.
8     This is one of your pictures, so please
9  tell me which is upside -- which is right-side up
10 and which is upside-down.
11 A. I would say that this is probably
12 right-side up, like this.
13 Q. Okay.
14 A. But I don't think it matters.
15 Q. It may not.
16    So I'm going to mark that photograph as
17 156.
18 A. Thank you.
19    (Exhibit 156 is marked for
20    identification.)
21 Q. All right. Now, this is basically the
22 test set up where you're using a copper conductor
23 as your electrode. Correct?
24 A. Yes.
25 Q. All right. Now, I noticed that the copper