## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MONIQUE ATTUSO, ET AL<br>*Plaintiffs*<br>vs.<br>OMEGAFLEX, INC. &<br>AUDUBON PLUMBING, INC.<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.: 3:18-cv-00157-SDD-RLB<br><br>Judge:  Shelly D. Dick<br><br>Magistrate Judge:  Richard L. Bourgeois, Jr. |

### DEFENDANT OMEGA FLEX, INC.'S REQUEST FOR ORAL ARGUMENT

Defendant, Omega Flex Inc. ("Omega Flex") hereby requests that the Court set oral argument on the Motion for Summary Judgment (Rec. Doc. 57) and Motion to Exclude Certain Opinions and Testimony of Plaintiff's Experts (Rec. Doc. 58) pursuant to Local Rule 78(b). While Omega Flex is aware that the Court generally decides these matters on the pleadings, given the complexity of certain issues and the extensive briefing to date, Omega Flex believes oral argument would help to clarify the parties' positions.

WHEREFORE, for the foregoing reasons, this Court should grant Omega Flex Inc.'s request for oral argument and fix a hearing date on the Motion for Summary Judgment (Rec. Doc. 57) and Motion to Exclude Certain Opinions and Testimony of Plaintiff's Experts (Rec. Doc. 58) filed by Omega Flex.

Respectfully submitted,

Dated: November 11, 2019                    Defendant Omega Flex, Inc.,

BY: */s/ Meghan B. Senter*
**DAVID R. FROHN**, Bar No. 5758
**MEGHAN B. SENTER**, Bar No. 34088
**MG+M Law Firm**
2201 Lake Street, Suite 106
Lake Charles, LA  70601
Telephone: (337) 419-1929
Facsimile: (337) 564-6899

BY:    */s/ Cullen W. Guilmartin*
**Cullen W. Guilmartin** (*Pro Hac Vice*)
**Delaney M. Busch** (*Pro Hac Vice*)
**GORDON & REES LLP**
95 Glastonbury Blvd., Ste. 206
Glastonbury, CT 06033
Email: cguilmartin@grsm.com
Email: dbusch@grsm.com

**<u>CERTIFICATE OF SERVICE</u>**

I, HEREBY CERTIFY that, on this 11th day of November, 2019, the foregoing filing was electronically filed with the Clerk of the Court using the *CM/ECF* system.  Notice of this filing will be sent to:


      Hannah, Colvin & Pipes, LLP
      10626 Timberlake Drive
      Baton Rouge, LA 70810
      Telephone (225) 766-8240
      Facsimile (225) 766-5546
      wrpipes@hcpllp.com


by operation of the Court's electronic filing system.


                        */s/ Meghan B. Senter*
                            Meghan B. Senter